ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN 248011)
Supervising Deputy Attorney General
JONATHAN BENNER (SBN 318956)
STACEY LEASK (SBN 233281)
ANTHONY PINGGERA (SBN 320206)
EDWARD NUGENT (SBN 330479)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 229-0113
  Fax:  (415) 703-5843
  E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Defendant California Department of Education*

J. SCOTT DONALD (SBN 158338)
SPINELLI, DONALD & NOTT
  300 University Avenue, Suite 100
  Sacramento, CA  95825
  Telephone:  (916) 448-7888
  Fax:  (916) 448-6888
  E-mail:  ScottD@SDNLaw.com
*Attorney for Defendant California Interscholastic Federation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA INTERSCHOLASTIC FEDERATION and CALIFORNIA DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 8:25-cv-01485-CV-JDE<br><br>**DECLARATION OF EDWARD NUGENT IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         Friday, October 24, 2025<br>Time:         1:30 p.m.<br>Courtroom: 10B<br>Judge:        Hon. Cynthia Valenzuela<br>Trial Date:  Not Set<br>Action Filed: July 9, 2025 |

1

Decl. of Edward Nugent in Supp. of Defs.' Joint Mot. to Dismiss (Case No. 8:25-cv-01485-CV-JDE)

I, Edward Nugent, declare:

1. I am an attorney licensed to practice before the courts of the State of California and a Deputy Attorney General employed by the Office of the Attorney General, counsel of record for Defendant California Department of Education in this matter.

2. This declaration is submitted in compliance with Rule 7-3 of the Local Civil Rules for the United States District Court for the Central District of California, in connection with Defendants' Joint Motion to Dismiss Plaintiff's Complaint, filed concurrently herewith.

3. Defendants' Joint Motion to Dismiss Plaintiff's Complaint is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 28, 2025. The following attorneys were present at the conference on behalf of Plaintiff United States of America: Robert Keenan and Richard M. Park. The following attorneys were present at the conference on behalf of Defendant California Department of Education: Darrell W. Spence, Stacey L. Leask, and me (Edward Nugent). The following attorney was present at the conference on behalf of Defendant California Interscholastic Federation: J. Scott Donald. The conference, which was held by videoconference, lasted approximately 35 minutes.

4. During the conference, Mr. Spence, counsel for Defendant California Department of Education, informed Plaintiff's counsel of the grounds for dismissal of Counts I and II, including that Plaintiff has failed to state cognizable claims for relief against Defendants under Title IX and that Plaintiff's claims are barred by the Spending Clause of the U.S. Constitution.

5. Mr. Spence further explained Defendants' position during the conference that the text of Title IX and its implementing regulations do not require the exclusion of transgender girls from girls' sports and facilities; that prevailing law in the Ninth Circuit forecloses Plaintiff's interpretation of Title IX; that reliance on the executive orders cited in the complaint would violate the Administrative

2

Decl. of Edward Nugent in Supp. of Defs.' Joint Mot. to Dismiss (Case No. 8:25-cv-01485-CV-JDE)

Procedure Act because the U.S. Department of Education did not go through notice and comment or provide a reasoned explanation for adopting the executive orders as a basis for Title IX enforcement; that Plaintiff does not plausibly allege effective accommodation or equal treatment claims under Title IX, nor has Plaintiff pleaded facts to demonstrate overall compliance violations under Title IX; and that the retaliation claim fails as a matter of law, because the complaint does not plead any facts to suggest that Defendants had any knowledge of the conduct allegedly protected by Title IX or that Defendants took any action in response thereto. Mr. Spence also provided Plaintiff's counsel with legal authority for Defendants' position during the conference.

      6.    Plaintiff disputes each basis for dismissal explained by Mr. Spence during the conference. Plaintiff did not agree to any resolution with respect to the claims asserted in the complaint during the conference.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed in San Francisco, California on September 5, 2025.

By: /s/ Edward Nugent
Edward Nugent

3

Decl. of Edward Nugent in Supp. of Defs.' Joint Mot. to Dismiss (Case No. 8:25-cv-01485-CV-JDE)