HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General
ROBERT J. KEENAN (CA No. 151094)
Senior Counsel
MATTHEW J. DONNELLY (IL No. 6281308)
Attorney
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530
   Telephone: (202) 230-2216
   E-Mail: robert.keenan@usdoj.gov

BILAL A. ESSAYLI
Acting United States Attorney
RICHARD M. PARK (CA No. 236173)
Chief, Civil Rights Section
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   312 North Spring Street, Suite 1200
   Los Angeles, California 90012
   Telephone: (213) 894-3275
   E-Mail: richard.park@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 8:25-cv-01485-CV-JDE<br><br>STIPULATION TO STAY CASE DUE TO LACK OF APPROPRIATIONS FOR PLAINTIFF<br><br>DATE:  No Hearing<br>TIME:  No Hearing |

Plaintiff United States of America ("Plaintiff") and defendants California Interscholastic Federation and California Department of Education (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree that this case, including all hearing dates and deadlines set by rule or prior court orders, should be STAYED until Congress has enacted legislation to restore funding for the U.S. Department of Justice and the shutdown of the Federal Government has come to an end.

## **BASIS FOR REQUESTED STAY**

1. At midnight on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, attorneys of the U.S. Department of Justice are prohibited from performing work on behalf of the Federal Government, even on a voluntary basis, except in very limited circumstances that are set forth in the applicable statute, including, for example, "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Under that exception, the Plaintiff's counsel are only permitted to work on certain matters authorized under the statutory framework (*e.g.*, criminal cases) and limited projects such as this motion to ensure Department functions are suspended in a responsible manner.

3. Counsel for Plaintiff have hoped that the government shutdown would have been lifted by this date, but Congress still has not restored appropriations for the Department of Justice and other components of the Federal Government. As noted above, Plaintiff's counsel also do not know when appropriations will be restored.

4. Due to the continuing shutdown, Plaintiff's counsel have determined that a stay is necessary because the continued shutdown is now interfering with their ability to represent the Plaintiff in this case. In particular, a hearing on Defendants'

motion to dismiss is currently scheduled for Friday of next week, October 24, 2025, and the work to be done in preparation for the December 12, 2025 Scheduling Conference (*e.g.*, preparing the Joint Rule 26(f) Report) needs to be commenced.

5. In light of the foregoing, counsel for Plaintiff have conferred with Defendants' Counsel about the need for the requested stay. As indicated by their signatures below, counsel for both Defendants do not oppose the stay.

WHEREFORE, the parties respectfully request that the Court grant the stay requested in this Stipulation and enter the proposed order that is lodged together with this Stipulation.

DATED: October 17, 2025.    HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/ Robert J. Keenan*

ROBERT J. KEENAN
Senior Counsel
Attorneys for Plaintiff
United States of America

DATED: October 17, 2025.    ROB BONTA
California Attorney General

*/s/ Edward W. Nugent*

EDWARD W. NUGENT
Attorneys for Defendant
California Department of Education

DATED: October 17, 2025.    SPINELLI, DONALD & NOTT

*/s/ J. Scott Donald*

J. SCOTT DONALD
Attorneys for Defendant
California Interscholastic Federation

# **FILER'S ATTESTATION**

The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: October 17, 2025.         */s/ Robert J. Keenan*
                                  ROBERT J. KEENAN