UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>         Defendants. | Case No. 8:25-cv-01485-CV-JDE<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE DUE TO LACK OF APPROPRIATIONS FOR PLAINTIFF<br><br>DATE:    No Hearing<br>TIME:    No Hearing |

The Court has received and considered the parties' Stipulation to Stay Case Due to Lack of Appropriations for Plaintiff United States of America.  Good cause appearing thereon, the Stipulation is GRANTED and IT IS HEREBY ORDERED as follows:

1. The above-captioned case, including all hearing dates and deadlines set by rule or prior court orders, is hereby STAYED until after the shutdown of the Federal Government has ended and appropriations to the U.S. Department of Justice have been restored.

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations.

1       3.     The hearing on Defendants' joint motion to dismiss the complaint, which was previously set for October 24, 2025, is HEREBY VACATED. The scheduling conference, which was previously set for December 12, 2025, is also HEREBY VACATED, along with the other dates related to the scheduling conference (*e.g.*, the filing of the Joint Rule 26(f) Report).

     4.     The Government shall promptly file a notice advising the Court and defendants' counsel as soon as the government shutdown has ended and appropriations for the U.S. Department of Justice have been restored.

     5.     After the government shutdown has ended, Plaintiff's counsel shall confer with Defendants' counsel regarding new dates for the motion hearing and scheduling conference. For the hearing on the motion to dismiss, counsel shall select a Friday (available on the Court's calendar) approximately 14 to 21 days after the government shutdown has ended. For the scheduling conference, counsel shall select a new hearing date on an available Friday that is approximately 7 weeks after the new hearing date on the motion to dismiss, which is consistent with the 7-week interval currently calendared between the October 24 motion hearing and December 12 scheduling conference. The parties shall promptly file a stipulation proposing the new dates for the hearing and conference.

IT IS SO ORDERED.

DATED: October ___, 2025.

                                                              CYNTHIA VALENZUELA
                                                    UNITED STATES DISTRICT JUDGE