UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION, *et al.*,<br><br>                  Defendants. | Case No. 8:25-cv-01485-CV (JDEx)<br><br>**ORDER GRANTING STIPULATION TO STAY CASE DUE TO LACK OF APPROPRIATIONS FOR PLAINTIFF**<br>**[DOC. # 30]** |

      On October 17, 2025, Plaintiff United States of America ("Plaintiff") and Defendants California Interscholastic Federation and California Department of Education (collectively "Defendants," and with Plaintiff, the "Parties") filed a Stipulation to Stay Case Due to Lack of Appropriations For Plaintiff. Doc. # 30 ("Stipulation").

      The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

      1. The above-captioned case, including all hearing dates and deadlines set by rule or prior court orders, is hereby STAYED until after the shutdown of the Federal Government has ended and appropriations to the U.S. Department of Justice have been restored.

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations.

3. The hearing on Defendants' joint motion to dismiss the complaint (Doc. # 25), which was previously set for October 24, 2025 is HEREBY VACATED.

4. The scheduling conference, which was previously set for December 12, 2025 (Doc. # 28), is also HEREBY VACATED, along with the other dates related to the scheduling conference (e.g., the filing of the Joint Rule 26(f) Report).

5. Counsel for Plaintiff shall promptly file a notice advising the Court and Defendants' counsel as soon as the Federal Government shutdown has ended and appropriations for the U.S. Department of Justice have been restored.

6. After the government shutdown has ended, counsel for the Parties shall promptly confer regarding new dates for a hearing regarding Defendants' motion to dismiss and for a scheduling conference. For the hearing on the motion to dismiss, counsel shall select a Friday (available on the Court's calendar) approximately 14–21 days after the shutdown has ended. For the scheduling conference, counsel shall select a new hearing date on an available Friday that is approximately 7 weeks after the new hearing date on the motion to dismiss. **Within seven (7) days of the restoration of appropriations to the U.S. Department of Justice, the parties shall file a stipulation proposing the new dates for the hearing and conference.**

IT IS SO ORDERED.

Dated: 10/21/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2