UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION, *et al.*,<br><br>                  Defendants. | Case No. 8:25-cv-01485-CV (JDEx)<br><br>**ORDER RE: STIPULATION TO LIFT STAY AND PROPOSE NEW DATES FOR HEARING ON MOTION TO DISMISS AND SCHEDULING CONFERENCE**<br><br>**[DOC. # 32]** |

On November 13, 2025, Plaintiff United States of America ("Plaintiff") and Defendants California Interscholastic Federation and California Department of Education (collectively "Defendants," and with Plaintiff, the "Parties") filed a Stipulation to Lift Stay and Propose New Dates for Hearing on Motion to Dismiss and Hearing Conference. Doc. # 32 ("Stipulation").

The Court, having considered the Stipulation and good cause having been found, hereby GRANTS in part and DENIES in part the Stipulation and ORDERS as follows:

    1.    The stay of the case is lifted.

2. The hearing on Defendants' joint motion to dismiss the complaint (Doc. # 25), is hereby calendared for **Friday January 30, 2026 at 1:30 p.m.**

3. The scheduling conference is hereby calendared for **Friday March 20, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:   12/3/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE