ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN 248011)
Supervising Deputy Attorney General
JONATHAN BENNER (SBN 318956)
STACEY LEASK (SBN 233281)
ANTHONY PINGGERA (SBN 320206)
EDWARD NUGENT (SBN 330479)
Deputy Attorneys General
State Bar No. 330479
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 229-0113
 Fax:  (415) 703-5843
 E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Defendant California Department of Education*

J. SCOTT DONALD (SBN 158338)
SPINELLI, DONALD & NOTT
 300 University Avenue, Suite 100
 Sacramento, CA  95825-6518
 Telephone:  (916) 448-7888
 Fax:  (916) 448-6888
 E-mail:  ScottD@SDNLaw.com
*Attorney for Defendant California Interscholastic Federation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA INTERSCHOLASTIC FEDERATION; and CALIFORNIA DEPARTMENT OF EDUCATION,**<br><br>Defendants. | 8:25-cv-01485<br><br>**DEFENDANTS' JOINT EX PARTE APPLICATION FOR STAY OF DISCOVERY PENDING RULING ON JOINT MOTION TO DISMISS**<br><br>Courtroom:  10B<br>Judge:  The Honorable Cynthia Valenzuela<br>Trial Date:  TBD<br>Action Filed: 7/09/2025 |

1

Pursuant to Local Rule 7-19, Defendants California Interscholastic Federation (CIF) and California Department of Education (CDE) respectfully submit a joint ex parte application for an order staying all discovery, including discovery motions, pending a ruling on their joint motion to dismiss that was taken under submission on January 29, 2026.

This request is made on the grounds that a stay is warranted to temporarily pause burdensome discovery proceedings that resolution of the joint motion to dismiss may render unnecessary. Specifically, the ex parte application is made on the grounds that: (1) the pending joint motion to dismiss will potentially dispose of the majority, if not all, of the case against one or both Defendants; (2) the Court does not require additional information to decide the pending motion; and (3) the expenditure of resources required to respond to Plaintiff's discovery requests will be needlessly wasted if the Court grants the joint motion to dismiss with respect to either or both Defendants. Accordingly, a brief stay is in the interest of judicial economy because the parties would be relieved of the burdens of propounding and responding to discovery, while the Court would be relieved of adjudicating potential discovery disputes that would be rendered unnecessary if the case against Defendants is dismissed.

Furthermore, Defendants seek this relief via an ex parte order to ensure that the underlying purpose of the requested stay is not undermined by Plaintiff's propounding of discovery requests. *See Quezambra v. United Domestic Workers of Am. AFSCME Local 3930*, No. 8:10-cv-00927-JLS-JEM, 2019 WL 8108745, at *1 n.2 (C.D. Cal. Nov. 14, 2019) (noting an ex parte application is the appropriate mechanism for requesting a discovery stay where stipulation is not possible and the timeline for a noticed motion and hearing will undercut the relief sought). While meeting and conferring regarding the preparation and submission of the Joint Rule 26(f) Report on February 27, 2026, Plaintiff expressly stated that it intended to propound discovery requests while the Defendants' joint motion to dismiss was still

2

pending. Declaration of Edward Nugent (Nugent Decl.), ¶ 7. At the same meeting and pursuant to Local Rule 7-3, Defendants asked Plaintiff if Plaintiff would stipulate to a stay of discovery while the joint motion was pending, but Plaintiff rejected this proposal. Nugent Decl., ¶ 8. Defendants then informed Plaintiff that they would seek a stay of discovery prior to the parties' scheduling conference. *Id.*

On March 12, 2026, counsel for Defendants contacted counsel for Plaintiff via e-mail to inform them that Defendants intended on filing the present ex parte application for a stay of discovery. *Id.* ¶ 9. On March 13, Plaintiff informed Defendants that it opposed the ex parte application. *Id.* ¶ 10.

Plaintiff stated its position as follows: "The United States opposes a stay of discovery pending the Court's resolution of Defendants' pending joint motion to dismiss. The United States has agreed not to serve discovery requests before the March 20, 2026 status conference. The United States thus objects to Defendants' use of an ex parte application to seek this stay because Defendants do not seek extraordinary emergency relief. Should the Court entertain Defendants' application, the United States respectfully requests a reasonable opportunity to respond to Defendants' request for non-emergency relief." *Id.* ¶ 10 & Ex. C.

Because a one-week period cannot suffice for a noticed motion to stay discovery, a full briefing schedule, a hearing, and the Court's decision, Defendants informed Plaintiff that Defendants would proceed with the instant ex parte application. *Id.*

In light of the foregoing, the concurrently filed Memorandum of Points and Authorities, the accompanying Declaration of Edward Nugent, and the pleadings and papers filed in this matter, Defendants CIF and CDE respectfully request an ex parte order staying all discovery, including discovery motions, pending a ruling on their joint motion to dismiss.

Given the ex parte status of the request, Defendants provide the following contact information for Plaintiff's counsel:

3

Defs.' Joint Ex Parte Appl. for Stay of Disc. (Case No. 8:25-cv-01485-CV-JDE)

HARMEET K. DHILLON
Assistant Attorney General
JESUS A. OSETE
Principal Deputy Assistant Attorney General
ROBERT J. KEENAN (CA No. 151094)
Acting Deputy Assistant Attorney General
MATTHEW J. DONNELLY
GRETA GIESEKE
Attorneys
Civil Rights Division
United States Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530
        Telephone: (202) 679-4564
        E-Mail: greta.gieseke@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
        300 North Los Angeles Street, Suite 7516
        Los Angeles, California 90012
        Telephone: (213) 894-2464
        E-Mail: julie.hamill@usdoj.gov

4

1     Dated:  March 13, 2026                    Respectfully submitted,

2                                               ROB BONTA
                                                Attorney General of California
3                                               DARRELL W. SPENCE
                                                Supervising Deputy Attorney General
4                                               JONATHAN BENNER
                                                STACEY LEASK
5                                               ANTHONY PINGGERA
                                                Deputy Attorneys General
6

7
                                                /s/ Edward Nugent
8                                               EDWARD NUGENT (SBN 330479)
                                                Deputy Attorney General
9                                               *Attorneys for Defendant California*
                                                *Department of Education*
10

11                                              SPINELLI, DONALD & NOTT

12

13                                              /s/ J. Scott Donald
                                                J. SCOTT DONALD (SBN 158338)
14                                              *Attorney for Defendant California*
                                                *Interscholastic Federation*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Defs.' Joint Ex Parte Appl. for Stay of Disc. (Case No. 8:25-cv-01485-CV-JDE)

# FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  March 13, 2026

/s/ Edward Nugent
EDWARD NUGENT
Deputy Attorney General
*Attorney for Defendant California*
*Department of Education*

Defs.' Joint Ex Parte Appl. for Stay of Disc. (Case No. 8:25-cv-01485-CV-JDE)