ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN 248011)
Supervising Deputy Attorney General
JONATHAN BENNER (SBN 318956)
STACEY LEASK (SBN 233281)
ANTHONY PINGGERA (SBN 320206)
EDWARD NUGENT (SBN 330479)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 229-0113
  Fax:  (415) 703-5843
  E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Defendant California
Department of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 8:25-cv-01485-CV (JDEx) |
| Plaintiff, | **JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2** |
| **v.** | |
| **CALIFORNIA INTERSCHOLASTIC FEDERATION and CALIFORNIA DEPARTMENT OF EDUCATION,** | |
| Defendants. | |

Local Rule 83-9.2 imposes a duty on counsel under which, "[i]f the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay." Pursuant to this rule, counsel for Plaintiff United States of America

and Defendants California Interscholastic Federation and California Department of Education hereby submit this joint request.[1]

Pending before the Court is Defendants' Joint Motion to Dismiss, Dkt. No. 25, which the Court took under submission on January 29, 2026, Dkt. No. 35. The parties have not been notified of any decision by the Court. Accordingly, in fulfilment of the duty imposed by Local Rule 83-9.2, counsel for Plaintiff and Defendants jointly submit this request that a decision be made on the motion, with a copy of this request to the Chief Judge.

Dated:  June 8, 2026                    Respectfully submitted,

*/s/ Edward Nugent*

EDWARD NUGENT
*Attorney for Defendant California
Department of Education*

*/s/ J. Scott Donald*

J. SCOTT DONALD
*Attorney for Defendant California
Interscholastic Federation*

*/s/ Julie A. Hamill*

JULIE A. HAMILL
*Attorney for Plaintiff United States of
America*

---

[1] The United States notes that *Little v. Hecox*, No. 24-38 (U.S. argued January 13, 2026) and *West Virginia v. B.P.J.*, No. 24-43 (U.S. argued January 13, 2026) remain pending before the United States Supreme Court, and the decisions in those cases may change controlling authority in this matter. The issues before the Court in those cases are (1) whether Title IX of the Education Amendments of 1972 prevents a state from consistently designating girls' and boys' sports teams based on biological sex determined at birth; and (2) whether the equal protection clause of the 14th Amendment prevents a state from offering separate boys' and girls' sports teams based on biological sex determined at birth.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  June 8, 2026                    */s/ Edward Nugent*

EDWARD NUGENT
Deputy Attorney General
*Attorney for Defendant California*
*Department of Education*

3