UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **8:25-cv-01485-CV (JDEx)** | Date | June 11, 2026 |
|---|---|---|---|
| Title | ***United States of America v. California Interscholastic Federation et al.*** | | |

| Present: The Honorable | Cynthia Valenzuela, United States District Judge |
|---|---|

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE JOINT REQUEST FOR DECISION [25]**

Pursuant to Local Rule 83-9.3, the parties are advised that the Court expects to issue its decision on Defendants' Joint Motion to Dismiss (Doc. # 25) by no later than August 31, 2026.

**IT IS SO ORDERED.**