HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division
JEFFREY MORRISON
Deputy Assistant Attorney General
JORDAN K. CARPENTER
Counsel
GRETA GIESEKE
Attorney
     United States Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, D.C.  20530
     Telephone:   (202) 679-4564
     E-Mail:       greta.gieseke@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2464
     Facsimile: (213) 894-0141
     E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:25-cv-01485-CV-JDE |
| Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| CALIFORNIA INTERSCHOLASTIC FEDERATION, et al. | Honorable Cynthia Valenzuela United States District Judge |
| Defendants. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff United States of America hereby notifies the Court of a United States Supreme Court decision issued on June 30, 2026, in *West Virginia v. B.P.J.*, No. 24–43 (U.S. June 30, 2026) ("*B.P.J.*"), a copy of which is attached hereto as Exhibit A.

This Title IX enforcement action arises from Defendants' policies requiring schools to permit male students who identify as female to compete in female athletic competitions and access female locker rooms and intimate spaces, in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*, and its implementing regulations, 34 C.F.R. Parts 106.33 and 106.41. ECF 1.

Defendants moved to dismiss the complaint on September 5, 2025, arguing that the United States failed to state cognizable claims under Title IX and did not plead sufficient facts to establish a violation of equal athletic opportunity or equal treatment. ECF No. 25-1. The United States opposed the motion on September 19, 2025, ECF No. 27, and Defendants filed their reply on October 3, 2025, ECF No. 29.

Defendants characterize sex-based separation in sports and intimate spaces as "a form of *prohibited* sex discrimination" forbidden by the Equal Protection Clause. ECF 25-1, 21:3-4. In *B.P.J.*, however, the United States Supreme Court held biological males do not have a right under the Equal Protection Clause of the Fourteenth Amendment to participate in women's interscholastic sports, regardless of whether they identify as female or take puberty blockers or hormones. *West Virginia v. B.P.J.*, No. 24–43, slip op. at 10, 11, 19-22 (U.S. June 30, 2026) (reversing *Hecox v. Little*, 104 F.4th 1061 (9th Cir. 2023)).

Further, the meaning of "sex" under Title IX is directly addressed by the Court in *B.P.J.*: "[t]he term "sex" in the 1972 Title IX statute, the 1974 Javits Amendment, and the 1975 Title IX regulations cannot plausibly be interpreted to refer to anything other than biological sex." *West Virginia v. B.P.J.*, No. 24–43, slip op. at 10 (U.S. June 30,

1

2026); *see also* Opp'n to Mot. to Dismiss, ECF 27, at 10:12-15[1] ("Title IX prohibits discrimination on the basis of "sex" according to that term's plain biological and binary (male/female) meaning. Despite California's urging (at 3) that Title IX's reference to "sex" encompasses "gender identity and gender expression," California's expansive definition conflicts with the statutory text and history of Title IX.").

Dated: July 1, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division
JEFFREY MORRISON
Deputy Assistant Attorney General
JORDAN K. CARPENTER
Counsel
GRETA GIESEKE
Attorney

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL
TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney


   /s/ *Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney

Attorneys for United States of America

---

[1] Pin citation refers to the page numbers generated by the Electronic Case Filing system.

2