ROB BONTA
Attorney General of California
DARRELL W. SPENCE (SBN 248011)
STACEY L. LEASK (SBN 233281)
Supervising Deputy Attorneys General
JONATHAN BENNER (SBN 318956)
ANTHONY PINGGERA (SBN 320206)
EDWARD NUGENT (SBN 330479)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 229-0113
 Fax:  (415) 703-5843
 E-mail:  Edward.Nugent@doj.ca.gov
*Attorneys for Defendant California
Department of Education*

J. SCOTT DONALD (SBN 158338)
SPINELLI, DONALD & NOTT
 300 University Avenue, Suite 100
 Sacramento, CA  95825-6518
 Telephone:  (916) 448-7888
 Fax:  (916) 448-6888
 E-mail:  ScottD@SDNLaw.com
*Attorney for Defendant California
Interscholastic Federation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA INTERSCHOLASTIC FEDERATION and CALIFORNIA DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 8:25-cv-01485-CV-JDE<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:　　　N/A<br>Time:　　　N/A<br>Courtroom:　10B<br>Judge:　　　Hon. Cynthia Valenzuela<br>Trial Date:　Not set<br>Action Filed: July 9, 2025 |

On July 1, 2026, Plaintiff filed a Notice of Supplemental Authority, Dkt. No. 52 (hereinafter "Notice"), alerting the Court of the U.S. Supreme Court's decision in *West Virginia v. B.P.J.*, 609 U.S. ___ (2026). Defendants respectfully submit this response to Plaintiff's Notice.

As the Supreme Court explained, *B.P.J.* "do[es] not present the distinct question of whether, under Title IX and the Equal Protection Clause, schools may *allow* biological males who identify as female to participate on girls' and women's sports teams. That question is currently the subject of litigation in some lower courts. Nothing in this opinion is intended to decide that question. In addition, nothing in this opinion should be interpreted to address or limit participation by biological females on male or co-ed sports teams." *B.P.J.*, No. 24-43, slip op. at 3 n.1 (U.S. June 30, 2026).

Defendants additionally note that their Joint Motion to Dismiss does not depend on any particular definition of "sex" as that term is used in Title IX, as nothing in the text of Title IX or its regulations mandates sex-separated sports or requires the exclusion of transgender girls from girls' sports. *See* Mem. of P. & A. in Supp. of Defs.' Joint Mot. to Dismiss 9-11, Dkt. No. 25-1.

1

Dated:  July 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
STACEY L. LEASK
Supervising Deputy Attorneys General
JONATHAN BENNER
ANTHONY PINGGERA
Deputy Attorneys General

/s/ Edward Nugent
EDWARD NUGENT (SBN 330479)
Deputy Attorney General
*Attorneys for Defendant California
Department of Education*

SPINELLI, DONALD & NOTT

/s/ J. Scott Donald
J. SCOTT DONALD (SBN 158338)
*Attorney for Defendant California
Interscholastic Federation*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  July 6, 2026

/s/ Edward Nugent
EDWARD NUGENT
Deputy Attorney General
*Attorney for Defendant California
Department of Education*

2